IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAYME LAURENT, as
Administrator of the Estate of
Robert Linkous,

    Plaintiff,

v.

TROY DILTZ, *et al.*,

    Defendants.

Case No. 3:17-cv-343

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION (DOC. #40);
OVERRULING THIRD-PARTY DEFENDANT NAPHCARE, INC.'S
MOTION TO DISMISS THE THIRD-PARTY COMPLAINT (DOC. #17)

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Sharon L. Ovington in her Report and Recommendation, Doc. #40, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing. Although the parties were notified of their right to file Objections to the Report and Recommendation, and of the consequences of failing to do so, no Objections were filed within the time allotted.

The Court OVERRULES Third-Party Defendant NaphCare, Inc.'s Motion to Dismiss the Third-Party Complaint, Doc. #17.

Date: November 16, 2018

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE