IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAYME LAURENT, :

    Plaintiff,

v. : Case No. 3:17-cv-343

TROY DILTZ, : JUDGE WALTER H. RICE

    Defendant. :

---

DECISION AND ENTRY SUSTAINING JOINT MOTION TO MODIFY CASE SCHEDULE (DOC. #47); CONFERENCE CALL SET FOR APRIL 25, 2019, TO SET NEW TRIAL DATE; SUSTAINING NUNC PRO TUNC PREVIOUSLY-FILED JOINT MOTION TO MODIFY CASE SCHEDULE (DOC. #46)

---

On March 18, 2019, the Court held a conference call and SUSTAINED the Joint Motion to Modify Case Schedule, Doc. #46. The following day, the parties filed another Joint Motion to Modify Case Schedule, Doc. #47, indicating the need to further extend the agreed-upon deadlines.

For good cause shown, the Court SUSTAINS the second Joint Motion, Doc. #47, and ADOPTS the deadlines proposed therein. The Court will hold a conference call at 4:30 p.m. on April 25, 2019, to set new dates for the Final Pretrial Conference and Trial.

Date: April 15, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE