# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **JAYME LAURENT**, *Administrator of the Estate of Robert Linkous*, | : | **Case No. 3:17-cv-343** |
| Plaintiff, | : | **Judge Walter H. Rice** |
| v. | : | |
| **TROY DILTZ, et al.,** | : | **UNOPPOSED MOTION TO DROP DEFENDANTS TROY DILTZ, SCOTT SHORT, MATTHEW BLAIR, BRIAN CARR, AND CITY OF HUBER HEIGHTS** |
| Defendants. | : | |

Plaintiff respectfully requests, pursuant to Fed. R. Civ. Proc. 21, that this Court drop Defendants Troy Diltz, Scott Short, Matthew Blair, Brian Carr, and the City of Huber Heights as defendants in this case, with prejudice.

This motion is unopposed.

                                            Respectfully submitted,

                                            /s/ Jennifer L. Branch
                                            Trial Attorney for Plaintiff
                                            Alphonse A. Gerhardstein (0032053)
                                            Attorney for Plaintiff
                                            GERHARDSTEIN & BRANCH CO. LPA
                                            441 Vine St., Suite 3400
                                            Cincinnati, Ohio 45202
                                            (513) 621-9100
                                            (513) 345-5543 fax
                                            jbranch@gbfirm.com
                                            agerhardstein@gbfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2019, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

s/ Jennifer Branch<br>
Attorney for Plaintiff