IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAYME LAURENT,  :
    Plaintiff,
v.  :  Case No. 3:17-cv-343
TROY DILTZ, et al.,     JUDGE WALTER H. RICE
    Defendants.  :

---

DECISION AND ENTRY SUSTAINING DEFENDANTS MONTGOMERY COUNTY, MONTGOMERY COUNTY BOARD OF COMMISSIONERS AND SHERIFF ROB STRECK'S UNOPPOSED MOTION TO DISMISS THEIR THIRD-PARTY COMPLAINT AGAINST NAPHCARE, INC. (DOC. #52); DISMISSING THIRD-PARTY COMPLAINT WITHOUT PREJUDICE

---

On July 10, 2019, Defendants Montgomery County, the Montgomery County Board of Commissioners and Sheriff Rob Streck moved to dismiss their Third-Party Complaint against NaphCare, Inc., Doc. #14, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Doc. #52. No memoranda in opposition has been filed within the time allotted.

Accordingly, the Court SUSTAINS Defendants' motion, Doc. #52, and DISMISSES the Third-Party Complaint Against NaphCare, Inc., Doc. #14, WITHOUT PREJUDICE.

Date: August 1, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE